IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KASSIDI THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-068-RAW |
| ) | |
| MONGOOSE ENTERPRISES OF ADA, ) | |
| LLC d/b/a SETH WADLEY CHEVROLET ) | |
| BUICK OF ADA; and ) | |
| CHRISTOPHER BOTTORFF, ) | |
| ) | |
| Defendants. ) | |

## ORDER AND JUDGMENT

The Court has before it Plaintiff Kassidi Thompson's Motion for Entry of Default Judgment [Doc. 34]. Plaintiff's verified complaint, an original summons and all attachments thereto were served on defendant on May 21, 2021. An affidavit of said service has been filed with the Court [Doc. 9]. On September 22, 2022, the Clerk of the Court for the United States District Court for the Eastern District of Oklahoma declared that Defendant Christopher Bottorff – who is not an infant or incompetent person – is in default for failure to plead or otherwise defend this action. Plaintiff filed her motion for entry of default judgment on April 24, 2023. Plaintiff seeks a sum certain in the amount of $20,000.00 as damages she incurred based upon the actions of Defendant Bottorff as alleged in Count II of her complaint [Doc. 2]. Accordingly, it is hereby

ORDERED that Plaintiff Kassidi Thompson's Motion for Entry of Default Judgment [Doc. 34] is GRANTED; it is

FURTHER ORDERED that the Court DECLARES that Defendant Bottorff committed the acts alleged in Count II of Plaintiff's Complaint and that Plaintiff suffered damages as a result of Defendant Bottorff's actions; it is

FURTHER ORDERED that Defendant Bottorff shall pay Plaintiff the damages she incurred the amount of the $20,000.00 plus interest on the amount due until the damages are is paid in full; it is

FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

FURTHER ORDERED that this case is DISMISSED and the Clerk of the Court shall remove it from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

IT IS SO ORDERED this 25th day of April, 2023.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE